UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FRANCIE S. HOWELL,

        Plaintiff,

-vs-                                                          Case No. 5:04-cv-254-Oc-10GRJ

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.
_____/

## **O R D E R**

The United States Magistrate Judge has issued a report (Doc. 18) recommending that the decision of the Commissioner of Social Security denying the Plaintiff's application for a period of disability and disability insurance benefits be reversed and remanded to the Commissioner for further proceedings. Neither party has objected to the Report and Recommendation of the Magistrate Judge, and the time for objecting has elapsed.

Upon an independent examination of the file and upon due consideration, the Report and Recommendation of the Magistrate Judge (Doc. 18) is adopted, confirmed and made a part hereof. This action is hereby REVERSED and REMANDED pursuant to sentence four of 42 USC § 405(g) to the Commissioner for the Administrative Law Judge to conduct further proceedings as outlined in the Report and Recommendation

The Clerk is DIRECTED to enter judgment accordingly, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 8th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Hon. Gary R. Jones
             Counsel of Record